FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 FEB -6  PM 3: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID H. HOWARD

CASE NO. 8:18cr51T35 c PT

42 U.S.C. § 3631

## INFORMATION

The United States Attorney and the Acting Assistant Attorney General charge:

### COUNT ONE
### (Interference with Housing Rights)

On or about November 3, 2016, in Hillsborough County, in the Middle District of Florida, the defendant,

DAVID H. HOWARD,

did by threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, K.A., a Muslim man, because of K.A.'s religion and national origin and because K.A. was purchasing a dwelling; specifically,

the defendant threatened to break all the windows and burn down the dwelling K.A. sought to purchase. This offense involved the threat of fire.

In violation of 42 U.S.C. §§ 3631(a) and (c).

        MARIA CHAPA LOPEZ
        United States Attorney

        JOHN M. GORE
        Acting Assistant Attorney General

By: *[signature]*
        JOSEPHINE W. THOMAS
        Assistant United States Attorney

By: *[signature]*
        WILLIAM E. NOLAN
        Trial Attorney
        Civil Rights Division, Criminal Section

By: *[signature]*
        SIMON A. GAUGUSH
        Assistant United States Attorney
        Chief, Economic Crimes Section