PS 10
(8/88)

# United States District Court
## for the
## Middle District Of Florida

U.S.A. vs David H. Howard  Docket No. 113A 8:18CR00051

## TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>David H Howard | SEX<br>Male | RACE<br>White | AGE<br>59 |
| ADDRESS(STREET, CITY, STATE)<br>628 Luzon Avenue<br>Tampa, FL 33606 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>801 N Florida Ave.<br>Tampa, FL 33602 ||||
| CLERK<br>**ELIZABETH M. WARREN** | (BY) DEPUTY CLERK<br>Lindsey Richards || DATE<br>6-26-18 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED<br>6/26/18 | DATE RECEIVED<br>6/26/18 | DATE EXECUTED<br>6/26/18 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, 801 N Florida Ave, 4th Floor, Tampa, 33602 |||
| NAME<br>Quom J. Kuhn | (BY)<br>/s/ | DATE<br>6/26/18 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."